# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW G. COLLINS, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-15-1293-M |
| DEBRA VINCENT, District Attorney, | ) |
| Respondent. | ) |

## ORDER

On November 30, 2015, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be summarily dismissed. Petitioner was advised of his right to file an objection to the Report and Recommendation by December 21, 2015. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on November 30, 2015, and

(2) DISMISSES the Petition for Writ of Habeas Corpus [docket no. 1] on the ground it is untimely.

**IT IS SO ORDERED this 8th day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE